# United States District Court
## Southern District of Georgia

MARLIN R. TAYLOR,

Plaintiff,

v.

SHARON LEWIS, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:19-cv-86

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's December 20, 2019 Order adopting the Report and Recommendation of the U.S. Magistrate Judge, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. This action stands closed.

Approved by: _____

December 23, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk